1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Defendant Mr. Loaisiga

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ2458 |
| 12 Plaintiff, | ) ) | |
| 13 v. | ) ) | **NOTICE OF APPEARANCE** |
| 14 **ADRIAN PABLO LOAISIGA,** | ) ) | |
| 15 Defendant. | ) ) | |
| 16 | ) | |

17    Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case.

20                                                                            Respectfully submitted,

21

22 Dated: August 13, 2008                              *s/ ANDREW LAH*
                                                                         Federal Defenders of San Diego, Inc.
23                                                                      Attorneys for Defendant
                                                                         andrew_lah@fd.org
24

25

26

27

28

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   andrew_lah@fd.org

6  Attorneys for Mr. Loaisiga

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ2458 |
   |---|---|---|
   |                            Plaintiff, | ) | |
   | v.                         | ) | **PROOF OF SERVICE** |
   | **ADRIAN PABLO LOAISIGA,** | ) | |
   |                            Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: August 13, 2008                     *s/ ANDREW LAH*
                                           **ANDREW LAH**
                                           Federal Defenders of San Diego, Inc.,
                                           andrew_lah@fd.org