UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>ADRIAN PABLO　　　　　　　)<br>　　　　　LOAISIGA　　　　　)<br>　　　　　Defendant(s)　　　　)<br>_____) | CRIMINAL NO. 08mj 2458<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Anabelia Ruiz - Palamino

DATED: 8/28/08

LOUISA S. PORTER
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　　　Deputy Clerk

R. F. MESSIG