FILED

SEP - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> ADRIAN PABLO LOAISIGA, </br> </br> Defendant. | Criminal Case No. 08CR2993-H </br> </br> **I N F O R M A T I O N** </br> </br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony); Title 18, U.S.C., Sec. 111(a)(1) and (b) - Assault on a Federal Officer (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about August 6, 2008, within the Southern District of California, defendant ADRIAN PABLO LOAISIGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fatima Brisenio-Cisneros, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

//

//

CJB:es:San Diego
9/3/08

<u>Count 2</u>

On or about August 6, 2008, within the Southern District of California, defendant ADRIAN PABLO LOAISIGA, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 1114, namely, Customs and Border Protection Officer C. Banuelos, while Officer C. Banuelos was engaged in his official duties; in violation of Title 18, United States Code, Section 111 (a)(1) and (b), a felony.

DATED: September 4, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
9/3/08

2