AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ADRIAN PABLO LOAISIGA | CASE NUMBER: 08cr2993-H |

I, ADRIAN PABLO LOAISIGA, the above-named defendant, who is accused of committing the following offense:

Count 1: Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

Count 2: Assault on a Federal Officer under Title 18, United States Code, Section 1114, in violation of Title 18, United States Code, Section 111(a)(1) and (b) (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 9/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Adrian P. Loaisiga_
Defendant

_____
Defense Counsel

Before _____
Judicial Officer